UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CORNELIUS YOUNG III, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-2165 |
| RHONDA LEDET, ET AL. | SECTION "J" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Jeremy Luke's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 18th day of November, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE