## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CORNELIUS YOUNG III, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-2165 |
| RHONDA LEDET, ET AL. | SECTION "J" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Juan C. Martin's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 2nd day of December, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE