UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CORNELIUS YOUNG III, ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-2165 |
| RHONDA LEDET, ET AL. | SECTION "J" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiffs' objections (Rec. Doc. 284), and finding that the objections lack merit, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that the 42 U.S.C. § 1983 claims filed by Plaintiffs John Cornelius Young III, John Fitzgerald Bonvillain Jr., Barry Mitchell, and Tory Dominique are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915, 1915A and 42 U.S.C. § 1997e, and Plaintiffs' state law negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that Plaintiffs' *Motion for Preliminary Injunction* **(Rec. Doc. 29)** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Parish President Gordon Dove's *Motions to Dismiss* **(Rec. Docs. 134, 242)** are **DENIED AS MOOT.**

New Orleans, Louisiana, this 2nd day of March, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE